UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

JOSEPH OJO AND ANTHONY OLANIYI,

           Plaintiffs,

-against-

THE CITY OF NEW YORK, JUSTIN SOLOMON,
Individually, and JOHN and JANE DOE 1 through 10,
individually (the names John and Jane Doe being fictitious, as
the true names are presently unknown),,

           Defendants.
-------------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

14CV5526 (PKC)

  **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

  1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     9/29, 2017

LEVENTHAL LAW GROUP, LLP
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, NY 11201
718-722-4100

By: _____
    Jason Leventhal
    *Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Solomon, Babajko, Deonarinesingh, Ochoa, and Greene*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____ /BRIDGETTE NUNEZ
    Omar J. Siddiqi
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017